1
2
3
4
5                     IN THE UNITED STATES DISTRICT COURT
6                  FOR THE NORTHERN DISTRICT OF CALIFORNIA
7
8    VIVIAN SALAZAR,                          Case No.  23-cv-06654-MMC
9              Plaintiff,                     **ORDER DENYING AS MOOT
                                              DEFENDANT'S MOTION TO DISMISS;**
10        v.                                  **VACATING HEARING**
11   VICTORIA'S SECRET & CO.,
12             Defendant.
13

14        Before the Court is defendant Victoria's Secret & Co.'s Motion to Dismiss, filed

15   May 8, 2024, pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil

16   Procedure.  On May 22, 2024, plaintiff Vivian Salazar filed a First Amended Class Action

17   Complaint ("FAC").

18        A party may amend a pleading "once as a matter of course within . . . 21 days after

19   service of a responsive pleading or 21 days after service of a motion under Rule 12(b),

20   (e), or (f), whichever is earlier."  See Fed. R. Civ. P. 15(a)(1).  "[A]n amended pleading

21   supersedes the original, the latter being treated thereafter as non-existent."  Bullen v. De

22   Bretteville, 239 F.2d 824, 833 (9th Cir. 1956), cert. denied, 353 U.S. 947 (1957); see also

23   Falck Northern California Corp. v. Scott Griffith Collaborative Solutions, LLC, 25 F.4th

24   763, 765 (9th Cir. 2022) (holding filing of amended complaint "renders [initial complaint]

25   without legal effect") (internal citation and quotation omitted)).

26        In the instant case, plaintiff filed her FAC within 21 days after service of the motion

27   to dismiss, and, consequently, was entitled to amend as of right.  See Fed. R. Civ. P.

28   15(a)(1).

United States District Court
Northern District of California

1    Accordingly, defendant's motion to dismiss the initial complaint is hereby DENIED

2  as moot, and the hearing scheduled for June 21, 2024, is hereby VACATED.

3    **IT IS SO ORDERED.**

4

5  Dated: May 29, 2024

6                                                           MAXINE M. CHESNEY
                                                            United States District Judge
7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

United States District Court
Northern District of California