| | |
|---|---|
| Thiago M. Coelho, SBN 324715<br>*thiago.coelho@wilshirelawfirm.com*<br>Chumahan B. Bowen, SBN 268136<br>*chumahan.bowen@wilshirelawfirm.com*<br>Jennifer M. Leinbach, SBN 281404<br>*jennifer.leinbach@wilshirelawfirm.com*<br>Jesenia A. Martinez, SBN 316969<br>*jesenia.martinez@wilshirelawfirm.com*<br>Jesse S. Chen, SBN 336294<br>*jesse.chen@wilshirelawfirm.com*<br>**WILSHIRE LAW FIRM, PLC**<br>660 S. Figueroa Street, Sky Lobby<br>Los Angeles, CA 90017<br>Telephone: (213) 381-9988<br>Facsimile: (213) 381-9989<br><br>*Attorneys for Plaintiff and Proposed Class* | Ryan C. Bykerk, SBN 274534<br>*bykerkr@gtlaw.com*<br>Joseph M. Dietrich, SBN 328296<br>*joe.dietrich@gtlaw.com*<br>**GREENBERG TRAURIG, LLP**<br>18565 Jamboree Road, Suite 500<br>Irvine, CA 92612<br>Telephone: (949) 732-6500<br>Facsimile: (949) 732-6501<br><br>Jason B. Jendrewski, *Admitted Pro Hac Vice*<br>*jason.jendrewski@gtlaw.com*<br>**GREENBERG TRAURIG, LLP**<br>One Vanderbilt Avenue<br>New York, NY 10017<br>Telephone: (212) 801-9268<br><br>*Attorneys for Defendant*<br>VICTORIA'S SECRET & CO. |

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JUANITA HERRERA, individually and on behalf of all others similarly situated,<br><br>    Plaintiff,<br><br>v.<br><br>VICTORIA'S SECRET & CO., a Delaware Corporation; and DOES 1 through 10, inclusive,<br><br>    Defendants. | CASE NO.  3:23-cv-06654-MMC<br><br>*Assigned for all purposes to Hon. Judge Maxine M. Chesney*<br><br>**STIPULATION AND [PROPOSED] ORDER RELIEVING DEFENDANT OF GENERAL ORDER NO. 56'S STAY OF MOTION PRACTICE AND SETTING BRIEFING SCHEDULE AND HEARING DATE**<br><br>Complaint Filed:  December 28, 2023<br>FAC Filed:  May 22, 2024<br>SAC Filed:  July 22, 2025<br>Trial Date:  None Set |

By and through counsel, Plaintiff JUANITA HERRERA ("Herrera") and Defendant VICTORIA'S SECRET & CO ("Victoria's Secret") (collectively, the "Parties") hereby stipulate as follows:

1. WHEREAS, on July 11, 2025, Herrera's counsel filed a Second Amended Complaint ("SAC") substituting Juanita Herrera as the new plaintiff in place of Vivian Salazar (ECF No. 52);

2. WHEREAS, Victoria's Secret commenced an investigation in response to the new plaintiff and her allegations in the SAC, and initial information suggested that Herrera may have agreed, through the Victoria's Secret & Pink Rewards Program (the "Rewards Program"), to arbitrate her claims and to bring any civil action exclusively in Franklin County, Ohio;

3. WHEREAS, on July 18, 2025, Victoria's Secret requested further time to investigate these matters, but, before the request could be granted, Victoria's Secret was forced to file an Answer on July 25, 2025, which asserted and preserved Victoria's Secret's defenses, including the right to compel Herrera to arbitrate her claims and the right to contest Herrera's choice of venue (ECF Nos. 53, 55);

4. WHEREAS, on August 12, 2025, in response to an administrative motion, the Court lifted the stay on discovery under General Order ("GO") 56 for the limited purpose of allowing Victoria's Secret to confirm Herrera's contact information through formal discovery so that Victoria's Secret could determine whether a transfer of venue was proper and whether Herrera had agreed to arbitrate her claims (ECF No. 62);

5. WHEREAS, in response to the Court's Order, Victoria's Secret served Herrera with Interrogatories limited solely to the information permitted by the Court's Order;[1]

6. WHEREAS, on September 10, 2025, Herrera responded to the Interrogatories;

---

[1] In its Interrogatories, Victoria's Secret disclaimed any intent to waive its right to assert any argument relating to jurisdiction and venue by voluntarily invoking the litigation process and reserved all rights.

1

STIPULATION AND [PROPOSED] ORDER RELIEVING DEFENDANT OF GENERAL ORDER NO. 56'S STAY OF MOTION PRACTICE AND SETTING BRIEFING SCHEDULE AND HEARING DATE

7. WHEREAS, Victoria's Secret contends that Herrera's responses confirmed that Herrera is a member of the Rewards Program, that she affirmatively agreed to arbitrate the claims at issue and to bring any civil action exclusively in Franklin County, Ohio, and that she reiterated her assent on multiple occasions;

8. WHEREAS, based on these findings, Victoria's Secret intends to file motions to transfer venue and to compel the arbitration of Herrera's claims (collectively, the "Motions");

9. WHEREAS, Victoria's Secret maintains that this action must be transferred to the United States District Court for the Southern District of Ohio, Eastern Division ("Southern District of Ohio"), under 28 U.S.C. § 1404(a), based on a valid and binding forum selection clause;

10. WHEREAS, Victoria's Secret further maintains that, if this Court declines to transfer this action to the Southern District of Ohio, then this Court must compel Herrera to arbitrate her claims in an individual arbitration proceeding pursuant to the terms of her arbitration agreement with Victoria's Secret;

11. WHEREAS, Northern District of California General Order No. 56 Paragraph 3 provides that, "[a]ll … motion practice (except for motions under Rule 12(b) and motions to appear pro hac vice), and other proceedings are STAYED unless the assigned judge orders otherwise[;]"

12. WHEREAS, Northern District of California General Order No. 56 Paragraph 3 further provides that "[r]equests to lift the stay … to file any other motion, to be relieved of any of the requirements of this Order … may be made by stipulation and proposed order under Civil Local Rule 7-12[;]"

13. WHEREAS, Victoria's Secret and Herrera have met and conferred regarding Victoria's Secret's anticipated Motions, and Herrera is agreeable to lifting the stay under GO 56 to allow Victoria's Secret to file its anticipated Motions;

14. WHEREAS, Victoria's Secret and Herrera also have agreed upon a proposed briefing schedule and hearing date for Victoria's Secret's anticipated Motions;

15. NOW, THEREFORE, the Parties hereby stipulate that the stay on motion practice under GO 56 is lifted for the purpose of allowing Victoria's Secret to file the Motions pursuant to the following briefing schedule and hearing date:

| Deadline/Hearing | Date |
|---|---|
| Deadline for Victoria's Secret to File the Motions | December 12, 2025 |
| Deadline for Herrera to File Oppositions to the Motions | February 10, 2026 |
| Deadline for Victoria's Secret to File Replies in Further Support of the Motions | March 23, 2026 |
| Hearing Date | March 27, 2026 |

**IT IS SO STIPULATED.**

Dated: December 9, 2025                        Respectfully submitted,

By: */s/ Chumahan B. Bowen*
Thiago M. Coelho
Chumahan B. Bowen
Jennifer M. Leinbach
**WILSHIRE LAW FIRM, PLC**
*Attorneys for Plaintiff and Proposed Class*

| | |
|---|---|
| Dated: December 9, 2025 | Respectfully submitted, |
| | By: */s/ Joseph M. Dietrich* |
| | Ryan C. Bykerk |
| | Jason B. Jendrewski |
| | Joseph M. Dietrich |
| | **GREENBERG TRAURIG, LLP** |
| | *Attorneys for Defendant* |
| | VICTORIA'S SECRET & CO. |

4

STIPULATION AND [PROPOSED] ORDER RELIEVING DEFENDANT OF GENERAL ORDER NO. 56'S STAY OF MOTION PRACTICE AND SETTING BRIEFING SCHEDULE AND HEARING DATE

**SIGNATURE ATTESTATION**

Pursuant to the Northern District of California's Local Rule 5-1(i)(3), I attest that the concurrence in the filing of the document has been obtained from each of the other Signatories.

Dated:  December 9, 2025                                    Respectfully submitted,

By: */s/ Joseph M. Dietrich*
Ryan C. Bykerk
Jason B. Jendrewski
Joseph M. Dietrich
**GREENBERG TRAURIG, LLP**
*Attorneys for Defendant*
VICTORIA'S SECRET & CO.

1

STIPULATION AND [PROPOSED] ORDER RELIEVING AFTENDANT OF GENERAL ORDER NO. 56'S STAY OF MOTION PRACTICE AND SETTING BRIEFING SCHEDULE AND HEARING DATE

**[PROPOSED] ORDER**

The Court, having reviewed the Parties' stipulation, and for good cause appearing, hereby **ORDERS** that the stay on motion practice under General Order 56 is hereby lifted so that Defendant VICTORIA'S SECRET & CO ("Victoria's Secret") may file a motion to transfer venue and a motion to compel arbitration (collectively, the "Motions"). The Court hereby further **ORDERS** that: (i) Victoria's Secret shall file its Motions on or before December 12, 2025; (ii) Plaintiff JUANITA HERRERA ("Herrera") shall file any Oppositions to the Motions on or before February 10, 2026; (iii) Victoria's Secret shall file any Replies in further support of the Motions on or before March 23, 2026; and (iv) a Hearing on the Motions shall take place on ~~March 27, 2026, at 9:00 a.m.~~ April 17, 2026, at 9:00 a.m.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: December 10, 2025

_____
HON. MAXINE M. CHESNEY
UNITED STATES DISTRICT JUDGE